```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                  09/07/2022

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: ___AP___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:22-cr-00216-SSS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 641: Concealment and Retention of Stolen Government Property in Excess of $1,000] |
| KEVIN SUMMERS, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 641]

On or about March 13, 2020, in San Bernardino County, within the Central District of California, and elsewhere, defendant KEVIN SUMMERS knowingly and willfully concealed and retained, with the intent to convert to his own use and gain, a thing of value of the United States Bureau of Prisons, a department and agency of the

///

///

United States, having a value in excess of $1,000, namely, a Starrett 81 piece gage block set valued at over $4,000, which defendant SUMMERS knew had been stolen, purloined, and converted.

                                      STEPHANIE S. CHRISTENSEN
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Riverside Branch Office